# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TINA BOWEN,**

                  **Plaintiff,**

**-vs-**                                                                        **Case No. 6:06-cv-629-Orl-19KRS**

**BIKERHAVEN, LLC, GRAN PRIX**
**DAYTONA, INC., WILLIAM P. BAY, JR.,**

                  **Defendants.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION FOR DISMISSAL WITH PREJUDICE (Doc. No. 37)** |
| **FILED:** | **December 10, 2007** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

      Counsel represent that this case, which was brought under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.*, has settled. As a part of the settlement, Plaintiff will receive all FLSA compensation to which she arguably was due. Doc. No. 37 at 1. As such, the settlement is necessarily fair with respect to the amount recovered by Plaintiff. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982); *MacKenzie v. Kindred Hospitals East, LLC*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003)("*Lynn's Food Stores* addresses judicial oversight of

'compromises of FLSA claims . . . . Since the plaintiff has been offered full compensation on his claim, this case does not involve a compromise . . . [and] there is no need for judicial scrutiny.").

Because the parties did not file the settlement agreement, the Court should not approve the settlement agreement as a whole, and should not retain jurisdiction to enforce the agreement. *See Stalnaker v. Novar Corp.*, 293 F. Supp. 2d 1260, 1264 (M.D. Ala. 2003)(The Court will not approve a settlement agreement unless it is filed in the public record).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 17, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy