# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TINA BOWEN,

    Plaintiff,

vs.                                          CASE NO. 6:06-CV-629-ORL-19KRS

BIKERHAVEN, LLC, GRAN PRIX
DAYTONA, INC., WILLIAM P. BAY, JR.,

    Defendants.

### ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 38, filed December 17, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 38) is **ADOPTED and AFFIRMED.** The Joint Motion for Dismissal with Prejudice (Doc. No. 37, filed December 10, 2007) is **GRANTED.** Since the parties in this case have not filed a settlement agreement, the Court declines to approve the settlement agreement as a whole and does not retain jurisdiction to enforce the agreement.

**DONE AND ORDERED** at Orlando, Florida, this   2nd   day of January, 2008.

*[Signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record